# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BARB SCHMANK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-CV-148 HEA |
| MISSOURI BAPTIST MEDICAL CENTER, | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

In accordance with the Opinion, Memorandum, and Order of this same date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendant Missouri Baptist Medical Center and against Plaintiff Barb Schmank all claims.

Dated this 2nd day of May, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE